UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTHA'S VINEYARD/DUKES COUNTY FISHERMEN'S ASSOCIATION<br><br>and<br><br>MICHAEL S. FLAHERTY,<br><br>Plaintiffs,<br><br>v.<br><br>GARY LOCKE, in his official capacity as Secretary of the Department of Commerce, *et al.*<br><br>Defendants. | Civil Case No. 10-1580 (RJL) |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this 15th day of September, 2011, hereby

ORDERED that the defendants' Motion to Dismiss [#25] is **GRANTED**; it is further

ORDERED that the above-captioned case is **DISMISSED** with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge