UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTHA'S VINEYARD/DUKES COUNTY FISHERMEN'S ASSOCIATION <br><br> and <br><br> MICHAEL S. FLAHERTY, <br><br> Plaintiffs, <br><br> v. <br><br> GARY LOCKE, in his official capacity as Secretary of the Department of Commerce, *et al.* <br><br> Defendants. | Civil Case No. 10-1580 (RJL) |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this ____ day of September, 2011, hereby

**ORDERED** that the defendants' Motion to Dismiss [#26] is **GRANTED**; it is further

**ORDERED** that the above-captioned case is **DISMISSED** with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge